UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2021

Lamb-Amato,

        Plaintiff,

—v—

Abbott House, *et al.*,

        Defendants.

21-cv-3777 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties joint request to adjourn the initial pretrial conference pending the outcome of mediation. That request is GRANTED. The parties are to file a joint letter updating the Court on the status of mediation on or before September 30, 2021.

SO ORDERED.

Dated: August 17, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge